Kara L. Jassy, Bar No. 198846
kjassy@littler.com
Jacob M. Krall, Bar No. 296078
jkrall@littler.com
LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, California  90071
Telephone:  213.443.4300
Fax No.:     800.715.1330

Attorneys for Defendants
WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC. AND WALMART INC.

Parham Barkhordar, Bar No. 307393
BARKHORDOR LABOR LAW GROUP
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 808-7247

Counsel for Plaintiff
GISSELLE ELIAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISSELE ELIAS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC. AND WALMART INC. and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 5:23-cv-00703-WLH-SP<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: November 10, 2022 |

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA  90071
213.443.4300

4876-6131-5798.1 / 080000.4313
2/20/2025 12:24 PM

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff GISSELE ELIAS and Defendants WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC. AND WALMART INC. ("Defendants") by and through their counsel of record, submit this Joint Stipulation for Dismissal of Entire Action with Prejudice and hereby stipulate and agree to the following:

1. Plaintiff filed her Complaint in this action on November 10, 2022;
2. Defendants removed this action to the United States District Court of the Central District of California on April 21, 2023; and
3. Plaintiff now agrees to dismiss all remaining causes of action in his Complaint against all Defendants; and
4. Each party to bear its own fees and costs.

Dated: February 20, 2025            LITTLER MENDELSON P.C.

_____
Kara L. Jassy
Jacob M. Krall
Attorneys for Defendants
WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC. AND WALMART INC.

Dated: February 20, 2025            BARKHORDOR LABOR LAW GROUP

/s/ *Parham Barkhordor*
_____
Parham Barkhordor
Attorneys for Plaintiff
GISSELE ELIAS

## ATTESTATION REGARDING SIGNATURES

I, Jacob M. Krall, attest pursuant to L.R. 5-4.3.4(a)(2)(i) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 20, 2025            /s/ *Jacob M. Krall*
                                    Jacob M. Krall

1

LITTLER MENDELSON P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

4876-6131-5798.1 / 080000.4313
2/20/2025 12:24 PM