UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISSELE ELIAS, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>WAL-MART STORES, INC., WAL-MART ASSOCIATES, INC. AND WALMART INC. and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:23-cv-00703-WLH-SP<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [30]** |

This Court, having considered the Joint Stipulation for the Dismissal of the Entire Action and good cause appearing therefore, makes the following Order:

**IT IS HEREBY ORDERED** that the parties Joint Stipulation for the Dismissal of the Entire Action is GRANTED. Each party to bear their own costs.

**IT IS SO ORDERED.**

Dated: 2/25/2025

　　　　　　　　　　　　　　　　　HON. WESLEY L. HSU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE